# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT/PHILADELPHIA DISTRICT OF PENNSYLVANIA

IN RE: Reelle K. Witherspoon        CHAPTER 13
            Debtor(s)

BKY. NO. 20-12616 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Santander Bank, N.A. and index same on the master mailing list.

           Respectfully submitted,
           **/s/ Rebecca A. Solarz Esquire**
           Rebecca A Solarz, Esquire
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322