# Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Reelle K. Witherspoon**
**2625 S. 78th St**
**Philadelphia, PA 19153**
**US**

| | |
|---|---:|
| Employee Number | 260642 |
| Department | FLP Free Library of Phila |
| Location | 1901 Vine Street |
| Payperiod Ending | 2020/05/24 |
| Date Payable | 2020/05/29 |

| Current Earnings | Hours | Amount |
|---|---:|---:|
| Time Entry Wages | 33.50 | 637.75 |
| Longevity Pay | 0.00 | 31.49 |
| COVID Excused Time | 41.50 | 790.03 |
| **Gross Current Earnings** | | **1,459.27** |

| Taxes | Current | YTD |
|---|---:|---:|
| Federal Tax | 52.48 | 619.60 |
| Social Security | 87.38 | 984.78 |
| Medicare | 20.43 | 230.31 |
| PA State Tax | 43.26 | 503.73 |
| Philadelphia | 56.49 | 656.49 |
| PA Unemployment | 0.85 | 9.85 |

| Retro Earnings | Hours | Amount |
|---|---:|---:|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---:|---:|
| DC33 Ded Pretax | 50.00 | 550.00 |
| Def Comp Flat | 50.00 | 550.00 |
| Pen_Plan Y3 | 50.93 | 589.24 |
| Transit Pretax | 0.00 | 525.00 |

| Total Earnings | Current | YTD |
|---|---:|---:|
| Gross Earnings | 1,459.27 | 16,958.50 |
| Net Earnings | 1,015.45 | 10,785.17 |

| Post Tax Deductions | Current | YTD |
|---|---:|---:|
| Education Loan 1 | 0.00 | 523.58 |
| Education Loan 1 Fees | 0.00 | 3.75 |
| Union DC33 PAC | 4.00 | 44.00 |
| Union Dues | 28.00 | 308.00 |

| Accruals | Net Entitlement |
|---|---:|
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 2.70 |
| Domestic Violence | 0.00 |
| FMLA | 124.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 75.00 |
| Sick | 12.26 |
| Special Comp | 0.00 |
| Vacation | 16.60 |

| Pension Plan | YTD | LTD |
|---|---:|---:|
| Pen_Plan Y3 | 589.24 | |

## Payslip
### Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

**Reelle K. Witherspoon**
**2625 S. 78th St**
**Philadelphia, PA 19153**
**US**

| | |
|---|---|
| Employee Number | 260642 |
| Department | FLP Free Library of Phila |
| Location | 1901 Vine Street |
| Payperiod Ending | 2020/06/07 |
| Date Payable | 2020/06/12 |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 30.00 | 582.50 |
| Holiday Cash | 7.50 | 145.62 |
| Longevity Pay | 0.00 | 31.49 |
| Legal Aid | 0.00 | 15.00 |
| COVID Excused Time | 37.50 | 728.13 |
| COVID Excused Retro | 75.00 | 28.52 |
| **Gross Current Earnings** | | **1,531.26** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 62.53 | 786.63 |
| Social Security | 92.72 | 1,106.95 |
| Medicare | 21.68 | 258.88 |
| PA State Tax | 45.91 | 564.22 |
| Philadelphia | 59.83 | 734.71 |
| PA Unemployment | 0.90 | 11.03 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Time Entry W | 37.50 | 14.25 |
| **Gross Retro Earnings** | | **14.25** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 50.00 | 600.00 |
| Def Comp Flat | 50.00 | 600.00 |
| Pen_Plan Y3 | 53.41 | 642.65 |
| Transit Pretax | 0.00 | 525.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 1,545.51 | 18,979.01 |
| Net Earnings | 1,061.53 | 12,147.61 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Education Loan 1 | 0.00 | 523.58 |
| Education Loan 1 Fees | 0.00 | 3.75 |
| Union Dues | 28.00 | 336.00 |
| Union DC33 PAC | 4.00 | 48.00 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 2.70 |
| Domestic Violence | 0.00 |
| FMLA | 116.50 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 75.00 |
| Sick | 12.26 |
| Special Comp | 0.00 |
| Vacation | 16.60 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan Y3 | 642.65 | |

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

**Reelle K. Witherspoon**
**2625 S. 78th St**
**Philadelphia, PA 19153**
**US**

| | |
|---|---|
| Employee Number | 260642 |
| Department | FLP Free Library of Phila |
| Location | 1901 Vine Street |
| Payperiod Ending | 2020/06/21 |
| Date Payable | 2020/06/26 |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 48.00 | 932.00 |
| FMLA Vacation | 7.50 | 145.62 |
| Holiday Cash | 7.50 | 145.62 |
| Longevity Pay | 0.00 | 31.49 |
| COVID Excused Time | 12.00 | 233.04 |
| **Gross Current Earnings** | | **1,487.77** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 43.18 | 829.81 |
| Social Security | 82.63 | 1,189.58 |
| Medicare | 19.33 | 278.21 |
| PA State Tax | 44.14 | 608.36 |
| Philadelphia | 57.59 | 792.30 |
| PA Unemployment | 0.86 | 11.89 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 50.00 | 650.00 |
| Def Comp Flat | 50.00 | 650.00 |
| Pen_Plan Y3 | 51.92 | 694.57 |
| Transit Pretax | 105.00 | 630.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 1,487.77 | 20,466.78 |
| Net Earnings | 951.12 | 13,098.73 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Education Loan 1 | 0.00 | 523.58 |
| Education Loan 1 Fees | 0.00 | 3.75 |
| Union DC33 PAC | 4.00 | 52.00 |
| Union Dues | 28.00 | 364.00 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 2.70 |
| Domestic Violence | 0.00 |
| FMLA | 124.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 75.00 |
| Sick | 21.63 |
| Special Comp | 0.00 |
| Vacation | 21.60 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan Y3 | 694.57 | |

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**Reelle K. Witherspoon**
2625 S. 78th St
Philadelphia, PA 19153
US

| | |
|---|---|
| Employee Number | 260642 |
| Department | FLP Free Library of Phila |
| Location | 1901 Vine Street |
| Payperiod Ending | 2020/07/05 |
| Date Payable | 2020/07/10 |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 59.00 | 1,146.69 |
| FMLA Vacation | 7.50 | 146.18 |
| Vacation | 1.00 | 19.42 |
| Holiday Cash | 7.50 | 146.18 |
| Longevity Pay | 0.00 | 34.78 |
| Legal Aid | 0.00 | 15.00 |
| Second Shift | 0.50 | 0.15 |
| COVID Excused Time | 7.50 | 145.65 |
| **Gross Current Earnings** | | **1,654.05** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 75.00 | 904.81 |
| Social Security | 99.45 | 1,289.03 |
| Medicare | 23.26 | 301.47 |
| PA State Tax | 49.24 | 657.60 |
| Philadelphia | 64.03 | 856.33 |
| PA Unemployment | 0.96 | 12.85 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 50.00 | 700.00 |
| Def Comp Flat | 50.00 | 700.00 |
| Pen_Plan Y3 | 58.02 | 752.59 |
| Transit Pretax | 0.00 | 630.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 1,654.05 | 22,120.83 |
| Net Earnings | 1,137.09 | 14,235.82 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Education Loan 1 | 0.00 | 523.58 |
| Education Loan 1 Fees | 0.00 | 3.75 |
| Union DC33 PAC | 4.00 | 56.00 |
| Union Dues | 28.00 | 392.00 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2021) | 30.00 |
| Admin Leave Carry Over (Expires 31-Dec-2020) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 2.70 |
| Domestic Violence | 0.00 |
| FMLA | 116.50 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 75.00 |
| Sick | 21.63 |
| Special Comp | 0.00 |
| Vacation | 13.10 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan Y3 | 752.59 | |