# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT/PHILADELPHIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Reelle K. Witherspoon<br>     Debtor<br><br>Habitat for Humanity Philadelphia, Inc., its successors and/or assigns<br>     Movant<br>  vs.<br><br>Reelle K. Witherspoon<br>     Debtor<br><br>William C. Miller, Esquire<br>     Trustee | CHAPTER 13<br><br><br>NO. 20-12616 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Habitat for Humanity Philadelphia, Inc., which was filed with the Court on or about July 28, 2020 (Document No. 13)

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322

October 13, 2020