# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**REELLE WITHERSPOON**                              **Chapter 13**

**Debtor**                                          **Case No. 20-12616-mdc**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Reele Witherspoon in the above referenced Chapter 13 case.

                      BY: /s/ Stephen Dunne
                      STEPHEN DUNNE, ESQUIRE
                      1515 Market Street, Ste. 1200
                      Philadelphia, PA  19102


    Kindly enter my appearance on behalf of Reele Witherspoon in the above referenced Chapter 13 case.

                      BY:/s/ Vladislav Kachka
                      VLADISLAV KACHKA
                      SPEAR WILDERMAN, P.C.
                      230 S. Broad Street, Ste. 1400
                      Philadelphia, PA  19102
                      (215) 732-0101
                      (215) 732-7790
                      vkachka@spearwilderman. com