**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **REELE WITHERSPOON** | : | |
| | : | |
| Debtor. | : | Case No. 20-12616-mdc |

_____

# WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of Reele Witherspoon and DELETE the following two ECF email addresses associated with this matter:

> **bestcasestephen@gmail.com**

> **dunnesr74587@notify.bestcase.com**

Date: March 1, 2021                         BY: */s/ Stephen M. Dunne*
                                            Stephen M. Dunne, Esquire
                                            Dunne Law Offices, P.C.
                                            1515 Market Street, Suite. 1200
                                            Philadelphia, PA  19102
                                            (215) 551-7109 Phone
                                            (215) 525-9721 Fax