# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 20-12616-MDC

REELLE K WITHERSPOON

2625 S. 78TH STREET

PHILADELPHIA, PA 19153

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    REELLE K WITHERSPOON

    2625 S. 78TH STREET

    PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    VLADISLAV KACHKA
    230 SOUTH BROAD ST., STE. 1400

    PHILADELPHIA, PA 19102-

Date: 3/22/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee