# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-12616-MDC

REELLE K WITHERSPOON

2625 S. 78TH STREET

PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

REELLE K WITHERSPOON

2625 S. 78TH STREET

PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

VLADISLAV KACHKA
230 SOUTH BROAD ST., STE. 1400

PHILADELPHIA, PA 19102-

Date: 9/24/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee