## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**REELLE WITHERSPOON**

                          **Chapter 13**

**Debtor**                          **Case No. 20-12616**

---

### WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Reelle Witherspoon in the above referenced Chapter 13 case.

                          BY: /s/  Vladislav Kachka
                              VLADISLAV KACHKA, ESQUIRE
                              SPEAR WILDERMAN, P.C.
                              230 S. Broad Street, Ste. 1400
                              Philadelphia, PA  19102
                              (215) 732-0101
                              (215) 732-7790
                              vkachka@spearwilderman.com

      Kindly enter my appearance on behalf of Reelle Witherspoon in the above referenced Chapter 13 case.

                              BY:/s/ Ashley M. Sullivan
                              ASHLEY M. SULIVAN, ESQUIRE
                              SPEAR WILDERMAN, P.C.
                              230 S. Broad Street, Ste. 1400
                              Philadelphia, PA  19102
                              (215) 732-0101
                              (215) 732-7790
                              asullivan@spearwilderman. com