**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

REELLE K. WITHERSPOON

Debtor                       Case No.: 20-12616

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the 8th day of February, 2022, I did serve a copy of the Objection to Certification of Default on the following individuals.:

| | |
|---|---|
| Kenneth E. West, Esquire | Rebecca A. Solarz, Esquire |
| Chapter 13 Standing Trustee | KML Law Group, P.C. |
| 1234 Market Street | 701 Market Street, Ste. 5000 |
| Philadelphia, PA  19107 | Philadelphia, PA  19106 |

Date: February 8, 2022

                                          BY:  Ashley M. Sullivan
                                                  ASHLEY M. SULLIVAN, EQUIRE
                                                  SPEAR WILDERMAN, P.C.
                                                  230 S. Broad Street, 14th Floor
                                                  Philadelphia, PA  19102
                                                  (215) 732-0101
                                                  (215) 7342-7790 (fax)
                                                  asullivan@spearwilderman.com
                                                  Attorney for Debtor