### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Reelle K Witherspoon
        Debtor(s)

Case No: 20−12616−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 3/1/22

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/9/22

Timothy B. McGrath
Clerk of Court