United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                Case No. 20-12616-mdc

Reelle K Witherspoon                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                 Page 1 of 3

Date Rcvd: Feb 09, 2022                    Form ID: 167                                Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reelle K Witherspoon, 2625 S. 78th Street, Philadelphia, PA 19153-1723 |
| 14510508 | + | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14510509 | + | AES/PHEAA, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 14510516 | + | DMI/SANTANDER BANK NA, 1 CORPORATE DR, LAKE ZURICH, IL 60047-8944 |
| 14510521 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 14510522 | + | Experian, PO BOX 2002, Allen, TX 75013-2002 |
| 14510523 | + | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14510524 | + | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14510529 | + | Habitat for Humanit of Chester County, 1829 N. 19th Street, Philadelphia, PA 19121-2205 |
| 14531351 | + | Habitat for Humanity Philadelphia, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14510530 | + | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14510533 | + | PEOPLES COMMERCE, INC., 1001 WEST RIDGE PIKE REAR, CONSHOHOCKEN, PA 19428-1015 |
| 14510534 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14510535 | + | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14510536 | + | Rebecca A. Solarz, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14516594 | + | Santander Bank, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14516364 | + | Santander Bank, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510539 | | TransUnion, PO BOX 1000, Crum Lynne, PA 19022 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14510510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 00:10:46 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14510511 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 00:10:50 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14545754 | | Email/Text: megan.harper@phila.gov | Feb 09 2022 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14510512 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2022 23:56:00 | DEPARTMENT OF EDUCATION/582/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510514 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2022 23:56:00 | DEPARTMENT OF EDUCATION/582/NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510519 | + | Email/Text: EDBKNotices@ecmc.org | Feb 09 2022 23:56:00 | ECMC, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14510517 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 09 2022 23:56:00 | ECMC, ATTN: BANKRUPTCY, 111 WASHINGTON AVE SOUTH, STE 1400, MINNEAPOLIS, MN 55401-6800 |
| 14510526 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 09 2022 23:56:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN |

Case 20-12616-mdc   Doc 59   Filed 02/11/22   Entered 02/12/22 00:31:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: 167 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 56303-0820 |
| 14510527 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 09 2022 23:56:00 | FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 14510525 | | Email/Text: bnc-bluestem@quantum3group.com | Feb 09 2022 23:56:00 | FINGERHUT, ATTN: BANKRUPTCY, PO BOX 1250, SAINT CLOUD, MN 56395 |
| 14510532 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 09 2022 23:56:00 | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14510531 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 09 2022 23:56:00 | NAVY FCU, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14517251 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2022 23:56:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14510537 | + | Email/Text: DeftBkr@santander.us | Feb 09 2022 23:56:00 | SANTANDER BANK, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3563 |
| 14510538 | + | Email/Text: DeftBkr@santander.us | Feb 09 2022 23:56:00 | SANTANDER BANK, 1130 BERKSHIRE BV, WYOMISSING, PA 19610-1242 |
| 14520999 | + | Email/Text: bankruptcy@sccompanies.com | Feb 09 2022 23:56:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14510542 | + | Email/Text: EDBKNotices@ecmc.org | Feb 09 2022 23:56:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14510540 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 09 2022 23:56:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14510513 | *+ | DEPARTMENT OF EDUCATION/582/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510515 | *+ | DEPARTMENT OF EDUCATION/582/NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510520 | *+ | ECMC, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14510518 | *+ | ECMC, ATTN: BANKRUPTCY, 111 WASHINGTON AVE SOUTH, STE 1400, MINNEAPOLIS, MN 55401-6800 |
| 14510528 | *+ | FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 14510543 | *+ | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14510541 | *+ | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022          Signature:     /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 09, 2022 | Form ID: 167 | Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ASHLEY M. SULLIVAN | on behalf of Debtor Reelle K Witherspoon asullivan@spearwilderman.com  hbanks@spearwilderman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Santander Bank  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HABITAT FOR HUMANITY PHILADELPHIA  INC. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Reelle K Witherspoon
    Debtor(s)

Case No: 20−12616−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

    on: 3/1/22

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/9/22

Timothy B. McGrath
Clerk of Court

58 − 55, 56
Form 167