**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

**In Re:**

**REELLE WITHERSPOON**

                                             **Chapter 13**

**Debtor**                                  **Case No. 20-12616**

**WITHDRAW OF APPEARANCE**

To the Clerk:


      Kindly withdraw my appearance on behalf of Reelle Witherspoon in the above referenced Chapter 13 case.


                                      BY:/s/ Ashley M. Sullivan
                                         ASHLEY M. SULIVAN, ESQUIRE
                                         SPEAR WILDERMAN, P.C.
                                         230 S. Broad Street, Ste. 1400
                                         Philadelphia, PA  19102
                                         (215) 732-0101
                                         (215) 732-7790
                                         asullivan@spearwilderman. com