# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 20-12616-MDC

REELLE  K WITHERSPOON

2625 S. 78TH STREET

PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

REELLE  K WITHERSPOON

2625 S. 78TH STREET

PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

Henry Alan Jefferson
District Council 33
3001 Walnut Street 10th Floor
Philadelphia, PA 19104-

Date: 3/31/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee