**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | Reelle K. Witherspoon, | : | Chapter    13 |
| | | : | |
| | Debtor(s) | : | Case No.    20-12616-mdc |
| | | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that on, 3/21/2022, a copy of the Motion to Modify the Plan Post-Confirmation was served, by either ECF or first-class regular U.S. mail, on the above-named debtor, and affected creditors of the Debtor(s) at their addresses as shown in the schedules accompanying the debtor's petition.

I further certify that at least 14 days have lapsed since such mailing and that no response in opposition to the Motion has been filed or received by this office.

It is respectfully requested that the Court approve Debtor(s) post-confirmation Plan as outlined in the Motion.

Respectfully Submitted,

JEFFERSON LAW, LLC

Date: April 8, 2022        By:    /s/ Henry A. Jefferson
Henry A. Jefferson, Esquire.
Attorney for Debtor(s)

District Council 33 Legal Services Plan
3001 Walnut Street, 10th Floor
Philadelphia, PA  19104
P:  267-817-8060
E:  HJefferson@DC33LSP.org