# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Reelle K. Witherspoon,                :         Chapter   13
                                                :
            Debtor(s)                           :         Case No.   20-12616-mdc
                                                :

## ORDER

**AND NOW**, this   21st   day of         April        2022, upon review of Debtor(s) Motion to Modify Plan Post-Confirmation and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

Date: _____

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**