**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Reelle K. Witherspoon <br> <u>Debtor</u> <br><br> Habitat for Humanity Philadelphia, Inc. <br> <u>Movant</u> <br> vs. <br><br> Reelle K. Witherspoon <br> <u>Debtor</u> <br><br> and Kenneth E. West, Esq. <br> <u>Trustee</u> | Chapter 13 <br><br><br> NO. 20-12616 MDC <br><br><br> 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this 30th day of September 2022, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 23, 2022, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Habitat for Humanity Philadelphia, Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises: 2625S 78th St, Philadelphia, PA 19153.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge