**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | Reelle K. Witherspoon, | : | Chapter    13 |
| | | : | |
| | Debtor(s) | : | Case No.    20-12616-MDC |

### ORDER

**AND NOW**, to wit, this 22nd day of November 2022, upon consideration of the foregoing Motion for Reimposition of the Automatic Stay as to Property of the Estate, it is hereby **ORDERED** and **DECREED** that the Automatic Stay in the above caption matter shall be reimposed and remain in full force and effect as to all creditors for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**