## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Reelle K. Witherspoon, | : | Chapter   13 |
| | : | |
| Debtor(s) | : | Case No.   20-12616-mdc |
| | : | |

### ORDER

**AND NOW**, this ___19th___ day of ___January___ 2023, upon review of Debtor(s) Motion to Modify Plan Post-Confirmation and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**