# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-12616-MDC

REELLE K WITHERSPOON

2625 S. 78TH STREET

PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

REELLE K WITHERSPOON

2625 S. 78TH STREET

PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    HENRY ALAN JEFFERSON, ESQ
    District Council 33
    3001 Walnut Street 10th Floor
    Philadelphia, PA 19104-

Date: 8/24/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee