United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12616-mdc |
| Reelle K Witherspoon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reelle K Witherspoon, 2625 S. 78th Street, Philadelphia, PA 19153-1723 |
| 14510509 | + | AES/PHEAA, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 14510523 | + | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14510524 | + | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14510529 | + | Habitat for Humanit of Chester County, 1829 N. 19th Street, Philadelphia, PA 19121-2205 |
| 14531351 | + | Habitat for Humanity Philadelphia, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14510533 | + | PEOPLES COMMERCE, INC., 1001 WEST RIDGE PIKE REAR, CONSHOHOCKEN, PA 19428-1015 |
| 14510534 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14510535 | + | Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110-1023 |
| 14510536 | + | Rebecca A. Solarz, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14516594 | + | Santander Bank, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2023 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14510508 | + | Email/Text: bncnotifications@pheaa.org | Oct 24 2023 00:12:00 | AES/PHEAA, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14510510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2023 00:18:30 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14510511 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2023 00:18:36 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14545754 | | Email/Text: megan.harper@phila.gov | Oct 24 2023 00:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14510512 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 24 2023 00:12:00 | DEPARTMENT OF EDUCATION/582/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510514 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 24 2023 00:12:00 | DEPARTMENT OF EDUCATION/582/NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510516 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 24 2023 00:12:00 | DMI/SANTANDER BANK NA, 1 CORPORATE DR, LAKE ZURICH, IL 60047 |
| 14510519 | + | Email/Text: EDBKNotices@ecmc.org | Oct 24 2023 00:12:00 | ECMC, PO BOX 5609, GREENVILLE, TX 75403-5609 |

Case 20-12616-mdc    Doc 117    Filed 10/25/23    Entered 10/26/23 00:32:25    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14510517 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 24 2023 00:12:00 | ECMC, ATTN: BANKRUPTCY, 111 WASHINGTON AVE SOUTH, STE 1400, MINNEAPOLIS, MN 55401-6800 |
| 14510521 | | Email/Text: bankruptcycourts@equifax.com | Oct 24 2023 00:12:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 14510522 | ^ | MEBN | Oct 24 2023 00:08:16 | Experian, PO BOX 2002, Allen, TX 75013-2002 |
| 14510526 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 24 2023 00:12:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 14510527 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 24 2023 00:12:00 | FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 14510525 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 24 2023 00:12:00 | FINGERHUT, ATTN: BANKRUPTCY, PO BOX 1250, SAINT CLOUD, MN 56395 |
| 14510530 | ^ | MEBN | Oct 24 2023 00:08:23 | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14809032 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2023 00:18:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14510532 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2023 00:12:00 | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14510531 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2023 00:12:00 | NAVY FCU, ATTN: BANKRUPTCY DEPT, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14517251 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2023 00:12:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14510537 | + | Email/Text: DeftBkr@santander.us | Oct 24 2023 00:12:00 | SANTANDER BANK, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3563 |
| 14510538 | + | Email/Text: DeftBkr@santander.us | Oct 24 2023 00:12:00 | SANTANDER BANK, 1130 BERKSHIRE BV, WYOMISSING, PA 19610-1242 |
| 14516364 | ^ | MEBN | Oct 24 2023 00:08:24 | Santander Bank, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14520999 | + | Email/Text: bankruptcy@sccompanies.com | Oct 24 2023 00:12:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14510539 | ^ | MEBN | Oct 24 2023 00:08:16 | TransUnion, PO BOX 1000, Crum Lynne, PA 19022 |
| 14510542 | + | Email/Text: EDBKNotices@ecmc.org | Oct 24 2023 00:12:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14510540 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 24 2023 00:12:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14510513 | *+ | DEPARTMENT OF EDUCATION/582/NELNET, ATTN: BANKRUPTCY, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510515 | *+ | DEPARTMENT OF EDUCATION/582/NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14510520 | *+ | ECMC, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14510518 | *+ | ECMC, ATTN: BANKRUPTCY, 111 WASHINGTON AVE SOUTH, STE 1400, MINNEAPOLIS, MN 55401-6800 |
| 14510528 | *+ | FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| 14510543 | *+ | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 | |
| 14510541 | *+ | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 | |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Santander Bank N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor HABITAT FOR HUMANITY PHILADELPHIA INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor HABITAT FOR HUMANITY PHILADELPHIA INC. bkgroup@kmllawgroup.com |
| HENRY ALAN JEFFERSON | on behalf of Debtor Reelle K Witherspoon HJefferson@DC33LSP.org jeffersonhenry900@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| REELLE K WITHERSPOON | |
| Debtor | Bankruptcy No. 20-12616-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date October 19, 2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge